1  RAYMOND L. CARLSON, #138043
   JEFFREY L. LEVINSON, #164753
2  MICHAEL R. JOHNSON, #237767
   GRISWOLD, LaSALLE, COBB,
3    DOWD & GIN, L.L.P.
   311 N. Douty St.
4  Hanford, CA 93230
   Telephone:    (559) 584-6656
5  Facsimile:    (559) 582-3106

6  Attorneys for: Plaintiffs

7                 UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9  L.H. MEEKER, DEBRA WOOD          )   Case No. 1:05-CV-00603-OWW-SMS
   BRANTS, JAMES M. SHAFFER,        )
10 and ROBERT E. SWEENEY,           )   STIPULATION RE: DEFENDANTS'
                                     )   MOTION TO DISMISS
11      Plaintiffs,                  )
                                     )   Date:  April 10, 2006
12      v.                           )   Time:  10:00 a.m.
                                     )   Dept:  Courtroom 2
13 BELRIDGE WATER STORAGE           )   Judge: Honorable Oliver W. Wanger
   DISTRICT, a California water storage )
14 district; WILLIAM D. PHILLIMORE; )
   ROBERT E. BAKER; and LARRY       )
15 STARRH,                          )
                                     )
16      Defendants.                  )
                                     )
17 _____ )

18      The parties to this action, having conferred by and through their respective counsel of record,

19 hereby stipulate and agree as follows:

20      1.   The hearing on Defendants' pending motion to dismiss shall be taken off calendar.

21      2.   Plaintiffs shall file a Second Amended Complaint on or before April 4, 2006.

22      3.   Defendants shall have until May 8, 2006 to file their response to Plaintiffs' Second
             Amended Complaint.

23 / / /

24 / / /

25 / / /

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
311 N. DOUTY ST.
HANFORD, CA 93230

1

STIPULATION RE DEFENDANTS' MOTION TO DISMISS
Meeker v. Belridge WSD, et al.; Case No. 1:05-CV-00603-OWW-SMS

1    This Stipulation may be executed by way of facsimiles and counterpart signatures.

2    DATED: March 31, 2006.

3                                          GRISWOLD, LaSALLE, COBB,
                                              DOWD & GIN, L.L.P.

4

5                                          By:   /S/ Raymond L. Carlson
                                                  RAYMOND L. CARLSON
6                                               Attorneys for Plaintiffs

7    DATED: April ____, 2006.

8                                          KLEIN, DeNATALE, GOLDNER,
                                              COOPER, ROSENLIEB & KIMBALL, LLP
9

10
                                           By: _____
11                                         JOSEPH D. HUGHES
                                           Attorneys for Defendants Belridge Water
12                                         Storage District and Larry Starrh

13   DATED: April ____, 2006.

14                                         NOSSAMAN, GUTHNER,
                                              KNOX & ELLIOTT, LLP
15

16
                                           By: _____
17                                         STEPHEN N. ROBERTS
                                           Attorneys for Defendants William D. Phillimore
18                                         and Robert E. Baker

     IT IS SO ORDERED.
19
     **Dated:   April 19, 2006**              **/s/ Oliver W. Wanger**
20   emm0d6                                UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
311 N. DOUTY ST.
HANFORD, CA 93230

2

STIPULATION RE DEFENDANTS' MOTION TO DISMISS
Meeker v. Belridge WSD, et al.; Case No.  1:05-CV-00603-OWW-SMS