STEVEN T. CLIFFORD, #39020
T. MARK SMITH, #162370
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
Telephone:   (661) 322-6023
Facsimile:    (661) 322-3508

Attorneys for: Plaintiffs

RAYMOND L. CARLSON, #138043
GRISWOLD, LaSALLE, COBB,
  DOWD & GIN, L.L.P.
311 N. Douty St.
Hanford, CA 93230
Telephone:   (559) 584-6656
Facsimile:    (559) 582-3106

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H. MEEKER, DEBRA WOOD BRANTS, JAMES M. SHAFFER, and ROBERT E. SWEENEY,<br><br>   Plaintiffs,<br><br>   v.<br><br>BELRIDGE WATER STORAGE DISTRICT, a California water storage district; WILLIAM D. PHILLIMORE; ROBERT E. BAKER; and LARRY STARRH,<br><br>   Defendants. | Case No. 1:05-CV-00603-OWW-SMS<br><br>STIPULATION AND  ORDER CONTINUING DATE FOR FILING REPLY TO OPPOSITION TO PLAINTIFFS' REQUEST FOR CERTIFICATION<br><br>Date:   January 8, 2007<br>Time:  10:00 a.m.<br>Dept:  Courtroom 3<br>Judge: Honorable Oliver W. Wanger |

The parties to this action, having conferred by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The parties have previously stipulated that the hearing on Plaintiffs' pending motion to certify shall be continued to January 29, 2007, or such other succeeding date as may be convenient to the Court if January 29 is not available.

1

STIPULATION RE MOTION TO CERTIFY
Meeker v. Belridge WSD, et al.; Case No. 1:05-CV-00603-OWW-SMS

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
311 N. DOUTY ST.
HANFORD, CA 93230

2. Plaintiffs shall file their reply to Defendants' opposition to the motion to certify on or before January 12, 2007.

DATED: December 26, 2006.

                         GRISWOLD, LaSALLE, COBB,
                           DOWD & GIN, L.L.P.

                    By: /S/ Raymond L. Carlson
                        RAYMOND L. CARLSON
                        Attorneys for Plaintiffs

DATED: December 26, 2006.

                         KLEIN, DeNATALE, GOLDNER,
                           COOPER, ROSENLIEB & KIMBALL, LLP

                    By: /S/ Joseph D. Hughes
                    JOSEPH D. HUGHES
                    (Authorized on December 26, 2006)
                    Attorneys for Defendants Belridge Water Storage District and Larry Starrh

DATED: December 26, 2006.

                         NOSSAMAN, GUTHNER,
                           KNOX & ELLIOTT, LLP

                    By: /S/ Stephen N. Roberts
                    STEPHEN N. ROBERTS
                    (Authorized on December 26, 2006)
                    Attorneys for Defendants William D. Phillimore and Robert E. Baker

IT IS SO ORDERED.

**Dated:   December 28, 2006**          /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
311 N. DOUTY ST.
HANFORD, CA 93230

2

STIPULATION RE MOTION TO CERTIFY
Meeker v. Belridge WSD, et al.; Case No. 1:05-CV-00603-OWW-SMS