1  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   FREDERIC A. FUDACZ (SBN 050546)
   STEPHEN N. ROBERTS (SBN 062538)
2  50 California Street, 34th Floor
   San Francisco, California 94111-4799
3  Telephone: (415) 398-3600
   Facsimile: (415) 398-2438
4  ffudacz@nossaman.com
   sroberts@nossaman.com
5  Attorneys for Defendants
   WILLIAM D. PHILLIMORE and ROBERT E. BAKER
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| L.H. MEEKER, DEBRA WOOD BRANTS, JAMES M. SHAFFER, AND ROBERT E. SWEENEY, <br><br> Plaintiffs, <br><br> vs. <br><br> BELRIDGE WATER STORAGE DISTRICT, A CALIFORNIA WATER STORAGE DISTRICT; WILLIAM D. PHILLIMORE; ROBERT E. BAKER; AND LARRY STARRH, <br><br> Defendants. | Case No: 1:05-CV-00603-OWW-SMS <br><br> **STIPULATION AND ORDER CONTINUING HEARING DATE ON REQUEST FOR CERTIFICATION** <br><br> Date:  January 8, 2007 <br> Time:  10:00 a.m. <br> Dept.:  Courtroom 3 <br> Judge:  Hon. Oliver W. Wanger <br><br> Date Action Filed: May 3, 2005 |

   Whereas, the hearing date for plaintiffs' request for certification is set for January 8, 2007;

   Whereas, counsel for defendants Baker and Phillimore has a schedule conflict that other counsel have courteously agreed to accommodate should the Court so approve;

   Whereas counsel for plaintiffs has dates available January 29 and after, and other counsel are similarly available for such dates;

   IT IS THEREFORE STIPULATED, and requested of the Court, that the hearing date on plaintiffs request for certification be continued to January 29, 2007 (or such succeeding date as

Stipulation and [Proposed] Order Re_ Certification Hearing Date.DOC                                    -1-
Case No: 1:05-CV-00603-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

may be convenient to the Court if January 29 is not available).

Dated: December 21, 2006    NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
STEPHEN N. ROBERTS

By: ___/ S / Stephen Roberts___
       STEPHEN N. ROBERTS

Attorneys For Defendants
WILLIAM D. PHILLIMORE AND ROBERT E. BAKER

Dated:  December 19, 2006

JOSEPH D. HUGHES

By: ___/ S / Joseph Hughes___
       JOSEPH D. HUGHES
(Authorized On DECEMBER 19, 2006)

Attorneys for Defendants
BELRIDGE WATER STORAGE DISTRICT AND LARRY STARRH

Dated:  December 20, 2006    GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.

By: ___/ S / Raymond L. Carlson___
       RAYMOND L. CARLSON
(Authorized On DECEMBER 20, 2006)

Attorneys for Plaintiffs
L. H. MEEKER, DEBRA WOOD, BRANTS, JAMES M. SHAFFER, AND ROBERT E. SWEENEY

## **ORDER**

Good cause being shown therefor, it is so ordered.  The hearing date on the request for certification is continued to January 29, 2007 at 10:00 a.m. before Judge Oliver W. Wanger.

Dated: 1/5/07                    /s/ Oliver W. Wanger
                                 Hon. Oliver W. Wanger
                                 United States District Judge

Stipulation and [Proposed] Order Re_ Certification Hearing Date.DOC                    -2-
Case No: 1:05-CV-00603-OWW-SMS
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON REQUEST FOR CERTIFICATION

PDF created with pdfFactory trial version www.pdffactory.com