KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
JOSEPH D. HUGHES, CSB NO. 169375
TERRENCE T. EGLAND, CSB NO. 240911
4550 California Avenue, 2nd Floor
Bakersfield, CA 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Defendants
BELRIDGE WATER STORAGE DISTRICT AND
LARRY STARRH

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
STEPHEN N. ROBERTS, CSB NO. 062538
MELISSA POOLE, CSB NO. 235283
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Defendants
WILLIAM D. PHILLIMORE and ROBERT E. BAKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H. MEEKER, DEBRA WOOD BRANTS, JAMES M. SHAFFER, AND ROBERT E. SWEENEY,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BELRIDGE WATER STORAGE DISTRICT, A CALIFORNIA WATER STORAGE DISTRICT; WILLIAM D. PHILLIMORE; ROBERT E. BAKER; AND LARRY STARRH,<br>　　　　　　　　Defendants. | Case No: 1:05-CV-00603-OWW-SMS<br><br>**STIPULATION AND ORDER RE: UNCONTESTED FACTS**<br><br>Dept.:　Courtroom 2<br>Judge:　Hon. Oliver W. Wanger<br><br>Date Action Filed: May 3, 2005 |

Plaintiffs L.H. Meeker, Debra Wood Brants, James M. Shaffer, and Robert E. Sweeney and Defendants Belridge Water Storage District, William D. Phillimore, Robert E. Baker, and Larry Starrh hereby stipulate to the following facts as uncontested:

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1. Larry Starrh was appointed as a Director of Belridge Water Storage District by Resolution 723 of the Board of Directors of the District during a regular meeting of the Board on January 6, 1998 and has served as a Director continuously since that time. Mr. Starrh was elected Treasurer of the Board on April 7, 1998 and has served as Treasurer continuously since that time.

2. William D. Phillimore was appointed as a Director of Belridge Water Storage District by Resolution 733 of the Board of Directors of the District during a regular meeting of the Board on May 5, 1998 and has served as a Director continuously since that time. Mr. Phillimore was elected President of the Board on December 17, 1998 and has served as President continuously since that time.

3. Robert E. Baker was appointed as a Director of Belridge Water Storage District by Resolution 748 of the Board of Directors of the District during an adjourned regular meeting of the Board on December 17, 1998 and has served as a Director continuously since that time. Mr. Baker was elected Secretary of the Board on November 7, 2000 and has served as Secretary continuously since that time.

Dated: February 5, 2007

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Joseph D. Hughes
Joseph D. Hughes, Attorneys for Defendants
Belridge Water Storage District and
Larry Starrh

Dated: February 5, 2007

NOSSAMAN, GUTHNER, KNOX &
ELLIOTT, LLP

By /s/ Stephen N. Roberts
(Authorized on February 5, 2007)
Stephen N. Roberts, Attorneys for Defendants
William D. Phillimore and Robert E. Baker

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: February 5, 2007                    GRISWOLD, LaSALLE, DOWD & GIN, LLP

2

3                                             By /s/ Raymond L. Carlson
                                              (Authorized on February 5, 2007)
                                              Raymond L. Carlson, Attorneys for Plaintiffs
4

5  Dated: February 5, 2007                    CLIFFORD & BROWN, PC

6

7                                             By /s/ T. Mark Smith
                                              (Authorized on February 5, 2007)
                                              T. Mark Smith, Attorneys for Plaintiffs
8

9  / / /

10 / / /

11 / / /

12 / / /

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP**
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing and based on the stipulation of the parties thereto, it is hereby ordered by the Court that the foregoing attached stipulated to facts are uncontested and deemed admitted.

**IT IS SO ORDERED.**

Dated: February _14_, 2007         /s/ OLIVER W. WANGER_____
                                   The Honorable Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309