1  STEVEN T. CLIFFORD, #39020
   T. MARK SMITH, #162370
2  CLIFFORD & BROWN
   1430 Truxtun Avenue, Suite 900
3  Bakersfield, CA 93301
   Telephone:   (661) 322-6023
4  Facsimile:    (661) 322-3508
   Attorneys for: Plaintiffs
5
   RAYMOND L. CARLSON, #138043
6  GRISWOLD, LaSALLE, COBB,
      DOWD & GIN, L.L.P.
7  311 N. Douty St.
   Hanford, CA 93230
8  Telephone:   (559) 584-6656
   Facsimile:    (559) 582-3106
9  Attorneys for: Plaintiffs

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12  L.H. MEEKER, DEBRA WOOD         )   Case No. 1:05-CV-00603-OWW-SMS
    BRANTS, JAMES M. SHAFFER,       )
13  and ROBERT E. SWEENEY,          )   STIPULATION TO RE-SET
                                    )   HEARING DATE ON PLAINTIFFS'
14        Plaintiffs,               )   MOTION TO FOR SUMMARY JUDGMENT
                                    )
15        v.                        )   Proposed Date:  April 14, 2008
                                    )   Time:   10:00 a.m.
16  BELRIDGE WATER STORAGE          )   Dept:   Courtroom 3
    DISTRICT, a California water storage )  Judge: Hon. Oliver W. Wanger
17  district; WILLIAM D. PHILLIMORE; )
    ROBERT E. BAKER; and LARRY      )
18  STARRH,                         )
                                    )
19        Defendants.               )
                                    )
20  _____)

21        The parties, through their respective counsel, hereby stipulate and agree as follows:

22        1.    The hearing on Plaintiffs' motion for summary judgment shall be re-set to April 14,
              2008 at 10:00 a.m. in Courtroom 3 or other date convenient to the Court.
23
24        2.    The parties agree to re-set the hearing date to accommodate the current scheduled
              February 26, 2008 trial commencement date in Sandridge Partners v. Belridge Water
              Storage District, et al., Kern County Superior Court Case no. S-1500-CV 259407 (filed
25            October 2006), involving issues similar to those herein.  Counsel other than the
              Griswold firm are involved in that case.  Counsel for both sets of defendants are
26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
311 N. DOUTY ST.
HANFORD, CA 93230

1

STIPULATION RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Meeker v. Belridge WSD, et al.; Case No.  1:05-CV-00603-OWW-SMS

1  expected to be in trial during the period when defendants' response to the motion would
   be due if the hearing is held on March 17, 2008.

2

3  DATED: February 14, 2008.

                              GRISWOLD, LaSALLE, COBB,
4                                DOWD & GIN, L.L.P.

5                             By:  /S/ Raymond L. Carlson
                                 RAYMOND L. CARLSON
6                                Attorneys for Plaintiffs

7  DATED: February 14, 2008.

                              CLIFFORD & BROWN
8

9                             By:  /S/ T. Mark Smith
                              T. MARK SMITH
10                            (As authorized February 14, 2008)
                              Attorneys for Plaintiffs
11

12 DATED: February 14, 2008.

                              NOSSAMAN, GUTHNER,
13                               KNOX & ELLIOTT, LLP

14                            By:  /S/ Stephen N. Roberts
                              STEPHEN N. ROBERTS
15                            (As authorized February 14, 2008)
                              Attorneys for Defendants William D. Phillimore
16                            and Robert E. Baker

17 DATED:  February 14, 2008.

                              KLEIN, DeNATALE, GOLDNER,
18                               COOPER, ROSENLIEB & KIMBALL, LLP

19                            By:  /S/ Joseph D. Hughes
20                            JOSEPH D. HUGHES
                              (As authorized February 14, 2008)
21                            Attorneys for Defendants
                              Belridge Water Storage District and Larry Starrh
22

   IT IS SO ORDERED.
23

   **Dated:   February 15, 2008**          _____/s/ Oliver W. Wanger_____
24                                         UNITED STATES DISTRICT JUDGE

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
311 N. DOUTY ST.
HANFORD, CA 93230

2

STIPULATION RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Meeker v. Belridge WSD, et al.; Case No. 1:05-CV-00603-OWW-SMS