NOSSAMAN, LLP
FREDERIC A. FUDACZ (SBN 050546)
STEPHEN N. ROBERTS (SBN 062538)
MELISSA A. POOLE (SBN 235283)
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
ffudacz@nossaman.com
sroberts@nossaman.com
mpoole@nossaman.com

Attorneys for Defendants WILLIAM D. PHILLIMORE and ROBERT E. BAKER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H. MEEKER, DEBRA WOOD BRANTS, JAMES M. SHAFFER, AND ROBERT E. SWEENEY,<br><br>Plaintiffs,<br><br>vs.<br><br>BELRIDGE WATER STORAGE DISTRICT, A CALIFORNIA WATER STORAGE DISTRICT; WILLIAM D. PHILLIMORE; ROBERT E. BAKER, AND LARRY STARRH,<br><br>Defendants. | Case No: 1:05-CV-00603-OWW-SMS<br><br>**STIPULATION REGARDING PLAINTIFFS' FILING OF THIRD AMENDED COMPLAINT; ORDER** |

05cv603.stip.3.amend.DOC                       -1-              Case No: 1:05-CV-00603-OWW-SMS
STIPULATION REGARDING PLAINTIFFS' FILING OF THIRD AMENDED COMPLAINT
PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiffs L. H. Meeker, Debra Wood Brants, James M. Shaffer, and Robert E. Sweeney ("Plaintiffs"), and defendants Belridge Water Storage District, William D. Phillimore, Robert E. Baker, and Larry Starrh ("Defendants") (Plaintiffs and Defendants collectively, "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendants desire to amend their answers to further specify and clarify the defenses upon which they intend to rely at trial;

WHEREAS, Plaintiffs desire to amend their complaint to add a civil penalty claim under the Political Reform Act and further clarify allegations;

WHEREAS, by its August 22, 2008 Scheduling Conference Order, the Court set September 22, 2008 at the date by which the Parties were to resolve whether amendments to pleadings could be accomplished by stipulation;

WHEREAS, the Parties have exchanged their proposed amended pleadings;

WHEREAS, the Parties agree that Plaintiffs may file a Third Amended Complaint in substantial conformity with the draft provided to Defendants on or about September 17, 2008; and

WHEREAS, the Parties agree that Defendants will have thirty days from the time of filing of Plaintiffs' Third Amended Complaint to respond thereto.

NOW, THEREFORE, the Parties hereby stipulate that that Plaintiffs may file a Third Amended Complaint and that Defendants shall have 30 days from the date of filing to respond thereto.

Dated: September 22, 2008      NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
                                STEPHEN N. ROBERTS
                                FREDERIC A. FUDACZ
                                MELISSA A. POOLE


                                By: _____
                                      MELISSA A. POOLE

                                Attorneys For Defendants
                                WILLIAM D. PHILLIMORE AND ROBERT E. BAKER

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: September 22, 2008 | KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP<br>JOSEPH D. HUGHES<br><br>By: <u>/s/ Joseph D. Hughes (as authorized on 9/22/08)</u><br>    ___Joseph D. Hughes<br><br>Attorneys for Defendants<br>BELRIDGE WATER STORAGE DISTRICT AND LARRY STARRH |
| Dated: September 22, 2008 | CLIFFORD & BROWN<br>T. Mark Smith<br><br>BY:    <u>/s/ T. Mark Smith (as authorized on 9/22/08)</u><br>         T. Mark Smith<br><br>Attorneys for Plaintiffs<br>L.H. MEEKER, DEBRA WOOD BRANTS, JAMES M. SHAFFER, AND ROBERT E. SWEENEY |
| Dated: September 22, 2008 | GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.<br>Raymond L. Carlson<br><br>BY:    <u>/s/ Raymond L. Carlson (as authorized on 9/22/08)</u><br>         Raymond L. Carlson<br><br>Attorneys for Plaintiffs<br>L.H. MEEKER, DEBRA WOOD BRANTS, JAMES M. SHAFFER, AND ROBERT E. SWEENEY |

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The foregoing stipulation is hereby approved. The Plaintiffs may file a Third Amended Complaint and Defendants shall have 30 days from the date of filing to respond thereto.

**IT IS SO ORDERED.**

DATED: September 26, 2008

<u>/s/ OLIVER W. WANGER</u>

UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com