1  NOSSAMAN LLP
   STEPHEN N. ROBERTS (SBN 062538)
2  MELISSA A. POOLE (SBN 235283)
   50 California Street, 34th Floor
3  San Francisco, California 94111-4799
   Telephone: (415) 398-3600
4  Facsimile: (415) 398-2438
   sroberts@nossaman.com
5  mpoole@nossaman.com
   Attorneys for Defendants
6  WILLIAM D. PHILLIMORE and ROBERT E. BAKER

7

FILED
JUL 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   L.H. MEEKER, DEBRA WOOD BRANTS,        )  Case No: 1:05-CV-00603-OWW-SMS
12 JAMES M. SHAFFER, AND ROBERT E.        )
   SWEENEY,                               )  [AMENDED PROPOSED] ORDER
13                                        )  GRANTING DISMISSAL
                Plaintiffs,               )
14                                        )
          vs.                             )
15                                        )  Date Action Filed: May 3, 2005
   BELRIDGE WATER STORAGE DISTRICT, A     )
16 CALIFORNIA WATER STORAGE DISTRICT;     )
   WILLIAM D. PHILLIMORE; ROBERT E.       )
17 BAKER; AND LARRY STARRH,               )
                                          )
18              Defendants.               )
                                          )
19 _____)

20

21

22

23

24

25

26

27

28

237582_1.DOC                                         Case No: 1:05-CV-00603-OWW-SMS
            [AMENDED PROPOSED] ORDER GRANTING DISMISSAL

1   The Court having considered the parties' Joint Stipulation to Dismiss this Case:

2   It is hereby ORDERED, ADJUDGED, AND DECREED, pursuant to Rule 41(a)(2) of

3   the Rules of Civil Procedure that pursuant to Rule 41(a)(2) of the Federal Rules of Civil

4   Procedure, this case be dismissed with prejudice and with each side to bear its own costs.

6   DATED: __9-16-09__                    _____[signature]_____

7                                          UNITED STATES DISTRICT COURT JUDGE